UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14082-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

vs.

JOSE LUIS SALASAR,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 15, 2008. A Report and Recommendation was filed on January 29, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty in Count One of the Superseding Indictment which charges the Defendant with conspiracy to possess with intent to distribute five hundred (500) grams or more of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

The Defendant is also adjudged guilty in Count Two of the Superseding Indictment which charges the Defendant with possession with intent to distribute five hundred (500) grams or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of April, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office